Mackie Wolf Zientz & Mann, P.C.
Kelli Johnson
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, Texas 75254
(214) 635-2650
(214) 635-2686 - Facsimile

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: MP BUILD GROUP LLC | § | Case No. 24-41841 (Chapter 7) |
| | § | |
| Ford Motor Credit Company LLC, its successors and/or assigns, Movant | § § § | |
| | § | |
| vs. | § § | |
| MP BUILD GROUP LLC, Debtor and Christopher Moser, Trustee, Respondents | § § | JUDGE BRENDA T. RHOADES |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH WAIVER OF 30-DAY HEARING REQUIREMENT**

**14-DAY NEGATIVE NOTICE – LBR 4001(A):**

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN**

**OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

FORD MOTOR CREDIT COMPANY LLC ("Creditor") by its attorneys, Mackie Wolf Zientz & Mann, P.C., states:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157 and 11 U.S.C. § 362. This is a core proceeding. Movant waives the 30 day hearing requirement set out in 11 U.S.C. § 362(e).

2. Debtor filed a petition for a Chapter 11 on August 5, 2024. The case converted to Chapter 7 on 03/31/2025.

3. Creditor has a claim against the debtors secured by a purchase money security interest in the following personal property as shown by the attached exhibits:

2019 FORD SUPER DUTY F-350 SRW - VIN 1FT8W3BT8KEE61642

4. Creditor's interest in the property is not adequately protected. The property is depreciating faster than payments are being received. The contract payments are past due. The total amount due as of 5/8/2025 is $10,703.61. This amount is comprised of the payments due for 8/19/2024 through 4/19/2025 in the amount of $1,189.29 each.

5. The property may be uninsured. Creditor requests proof of insurance reasonably acceptable to Creditor and that lists Creditor as loss payee.

6. The property is of inconsequential value or benefit to the estate. The current balance due is $33,239.57 and the NADA value of the property is approximately $59,600.00.

WHEREFORE, Creditor prays for:

1. An Order of this Court granting Creditor relief from the automatic stay imposed pursuant to 11 U.S.C. § 362;

2. An Order of this Court authorizing Creditor to take immediate possession of the collateral which is the subject of this Motion and foreclose its lien on the collateral;

3. In the alternative, an Order of this Court requiring Debtor to provide Creditor with adequate protection of its interest in the collateral;

4. An Order of this Court finding that any Order entered with regard to this Motion should be effective immediately upon its entry and should not be stayed for fourteen days following the entry of said Order; and

5. For such other and further relief, both general and specific, to which Creditor may show itself justly entitled. relief from stay effective immediately upon entry of the order granting relief, and for all proper relief.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, TX 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
Email: kjohnson@mwzmlaw.com

By: */s/ Kelli Johnson*
    Kelli Johnson (Bar No. 24053317)

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Kelli Johnson (Bar No. 24053317)
Chelsea Schneider (Bar No. 24079820)
Ester Gonzales (Bar No. 24012708)

ATTORNEY FOR MOVANT

<h1>Certificate of Service</h1>

A copy of this motion was served on the persons listed below in the manner indicated on May 28, 2025.

By: */s/ Kelli Johnson*

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Kelli Johnson (Bar No. 24053317)
Chelsea Schneider (Bar No. 24079820)
Ester Gonzales (Bar No. 24012708)


<u>Via Pre-Paid U.S. Mail</u>:

MP BUILD GROUP LLC
2591 DALLAS PARKWAY, STE. 300
FRISCO, TX 75034

Debtor(s)
Via ECF:
BRANDON JOHN TITTLE
1125 LEGACY DRIVE, SUITE 230
FRISCO, TX 75034
Attorney for Debtor(s)

Via ECF:
CHRISTOPHER MOSER
2001 BRYAN STREET, SUITE 1800
DALLAS, TX 75201
CHAPTER 7 TRUSTEE

Via ECF:
US TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
BANK OF AMERICA BUILDING
110 NORTH COLLEGE AVENUE, ROOM 300
TYLER, TEXAS 75702

PARTIES REQUESTING NOTICE:

Richardson ISD
c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010

25-000141-310-1

DALLAS COUNTY
IRVING ISD
c/o LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway Suite 1000
DALLAS, TX 75207

Servis One, Inc. d/b/a BSI Financial Services Mortgage
servicer for EF Mortgage LLC
c/o SettlePou
3333 Lee Parkway 8th Floor
Dallas, Texas 75219

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
c/o ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
1700 Redbud Blvd., Ste. 300
McKinney, Texas 75069

Li "Doris" Tan
c/o Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202

CEDAR WEST TEXAS, LLC, 11 ELEVEN
RENTALS LLC, BBE INVESTMENTS LLC,
AND FOREST ONE LLC
c/o Troy D. Nelson
8007 Hydrangea Rd.
Ore City, Texas 75683

708 Ventures-01, LLC
c/o STEPHANIE KUNZ SERRANO
7616 LBJ Freeway, Suite 826
Dallas, TX 75251

Texas Comptroller
c/o Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548