# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: MP BUILD GROUP LLC | § | Case No. 24-41841 |
| | § | (Chapter 7) |
| Ford Motor Credit Company LLC, its successors and/or assigns, Movant | § § § | |
| vs. | § § | |
| MP BUILD GROUP LLC, Debtor and Christopher Moser, Trustee, Respondents | § § | JUDGE BRENDA T. RHOADES |

## DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO § 362 FILED BY FORD MOTOR CREDIT COMPANY LLC

On May 28, 2025, a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. § 362 (the Motion) was filed by FORD MOTOR CREDIT COMPANY LLC (hereinafter Movant) in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) - day negative notice language, pursuant to LBR 4001(a), which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

25-000141-310-1

IT IS THEREFORE ORDERED that the Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362 filed by FORD MOTOR CREDIT COMPANY LLC is hereby GRANTED so as to authorize FORD MOTOR CREDIT COMPANY LLC, its successors and assigns, to exercise any and all remedies available at law and under the applicable loan documents to repossess and/or foreclose its lien upon the property specifically described below:

2019 FORD SUPER DUTY F-350 SRW
VIN 1FT8W3BT8KEE61642

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

Signed this _____ day of _____, 2025

_____
HONORABLE JUDGE Brenda T. Rhoades
UNITED STATES BANKRUPTCY JUDGE

Approved As to Form and Substance:

By:    */s/ Kelli Johnson*
       Kelli Johnson (Bar No. 24053317)

Michael W. Zientz (Bar No. 24003232)
Jessica L. Holt (Bar No. 24078680)
Kelli Johnson (Bar No. 24053317)
Chelsea Schneider (Bar No. 24079820)
Ester Gonzales (Bar No. 24012708)