# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MP BUILD GROUP LLC, | § | Case No. 24-41841 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR

Upon consideration of the *Motion to Withdraw as Counsel to the Debtor* (the "Motion") filed by Tittle Law Firm, PLLC formerly Tittle Law Group, PLLC and attorney Brandon J. Tittle ("Counsel"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and Counsel have shown good, sufficient and sound justification for the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor; the Court hereby finds that the Motion should be granted as provided herein. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is **GRANTED** as set forth herein.

2. Counsel is relieved of further responsibility in this case as counsel for MP Build Group, LLC.

3. Micaiah Pruitt shall make an appearance as substitute counsel for MP Build Group, LLC, within fourteen (14) days of the entry of this Order.

4. Parties should serve all future correspondence and pleadings on the following:

Micaiah Pruitt
2591 Dallas Pkwy., Ste. 300
Frisco, Texas 75034
Phone: 972-837-9584
Email: micaiahpruitt1@gmail.com

Signed on 05/30/2025

_Brenda T. Rhoades_ SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE