# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MP BUILD GROUP LLC, | § | Case No. 24-41841 |
| | § | |
| Debtor. | § | |

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL TO THE DEBTOR

Upon consideration of the *Motion to Withdraw as Counsel to the Debtor* (the "Motion") filed by Tittle Law Firm, PLLC formerly Tittle Law Group, PLLC and attorney Brandon J. Tittle ("Counsel"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and Counsel have shown good, sufficient and sound justification for the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor; the Court hereby finds that the Motion should be granted as provided herein. Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is **GRANTED** as set forth herein.

2. Counsel is relieved of further responsibility in this case as counsel for MP Build Group, LLC.

3. Micaiah Pruitt shall make an appearance as substitute counsel for MP Build Group, LLC, within fourteen (14) days of the entry of this Order.

4. Parties should serve all future correspondence and pleadings on the following:

Micaiah Pruitt
2591 Dallas Pkwy., Ste. 300
Frisco, Texas 75034
Phone: 972-837-9584
Email: micaiahpruitt1@gmail.com

Signed on 05/30/2025

_Brenda T. Rhoades_ SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 24-41841-btr |
| MP Build Group LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 30, 2025 | Form ID: pdf400 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MP Build Group LLC, 2591 Dallas Pkwy., Ste. 300, Frisco, TX 75034-8563 |
| aty | + | Tittle Law Firm, PLLC, 1125 Legacy Dr., Ste. 230, Frisco, TX 75034, UNITED STATES 75034-1942 |
| cr | #+ | 11Eleven Rentals LLC, 4518 Collins Ave., Atlanta, GA 30342-4125 |
| crcmmbr | + | Ariel Leslie, 8425 Honeylocust St., Mckinney, TX 75071-3651 |
| cr | + | Avery Property Investments LLC, c/o C. Davis Chapman, P.O. Box 387, Fort Worth, TX 76101-0387 |
| cr | + | BBE Investments, LLC, 2150 Elm Terrace Ln., Prosper, TX 75078-2005 |
| crcmmbr | + | Candida Bell, Forest One, LLC, 12511 Shelby Court, Lake Oswego, OR 97035-1102 |
| cr | + | Cedar West Texas, LLC, 2150 Elm Terrace Ln., Prosper, TX 75078-2005 |
| cr | #+ | Charles & Ariel Leslie, 1731 Pecos Dr., Celina, TX 75009-2196 |
| cr | + | EF Mortgage LLC, SettlePou, c/o William Jennings, 3333 Lee Parkway, 8th Floor Dallas, TX 75219-5111 |
| cr | + | Forest One LLC, 12511 Shelby Ct, Lake Oswego, OR 97035-1102 |
| crcmmbr | + | Frederick Brown, Cedar West Texas, LLC, 2150 Elm Terrace Lane, Prosper, TX 75078-2005 |
| crcmmbr | #+ | Gerrie Dozier, 11Eleven Rentals, LLC, 4518 Collins Ave., Atlanta, GA 30342-4125 |
| cr | + | Lanceton Pettie, c/o C. Davis Chapman, P.O. Box 387, Fort Worth, TX 76101-0387 |
| cr |  | MZ Capital Source LLC, 8075 Seabourne Landing Dr., Richmond, TX 77469 |
| cr | + | Michael McMillan, c/o Barry M. Golden, 2911 Turtle Creek Blvd., Ste. 100, Dallas, TX 75219-6241 |
| cr | + | Prime Fench & Lawn Care, LLC, c/o Le Brocq & Homer, PLLC, 2828 E. Trinity Mills Rd., Ste. 221, Carrollton, TX 75006-2365 |
| cr | + | Richardson ISD, Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | #+ | Xavier Maryland, 4610 Seabourne Landing Dr., Richmond, TX 77469-3087 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@abernathy-law.com | May 31 2025 00:11:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | May 31 2025 00:11:00 | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2025 00:27:35 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | May 31 2025 00:11:00 | Irving ISD, Linebarger, Goggan, Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: joyce@joycelindauer.com | May 31 2025 00:11:00 | Li Doris Tan, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: consumerbankruptcy@simmonsbank.com | May 31 2025 00:10:00 | Simmons Bank, Attn: Legal, 501 S. Main St., Pine Bluff, AR 71601 |
| cr | ^ | MEBN | May 31 2025 00:04:55 | Texas Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | May 31 2025 00:04:57 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly Walsh, c/o Sherri K. Simpson, Paralegal, PO Box 12548, Austin, TX 78711-2548 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 01, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon John Tittle | on behalf of Debtor MP Build Group LLC btittle@tittlelawgroup.com |
| Brandon John Tittle | on behalf of Attorney Tittle Law Firm PLLC btittle@tittlelawgroup.com |
| Christopher Moser | on behalf of Trustee Christopher Moser cmoser@qslwm.com cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| Christopher Moser | cmoser@qslwm.com cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| Elizabeth Banda Calvo | on behalf of Creditor Richardson ISD ebcalvo@pbfcm.com rgleason@pbfcm.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John Kendrick Turner | on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Joyce W. Lindauer | on behalf of Creditor Li "Doris" Tan joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Kelli Lavas Johnson | on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC kjohnson@mwzmlaw.com txed@mwzmlaw.com |

| | |
|---|---|
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Marcus Salitore | on behalf of U.S. Trustee US Trustee marc.f.salitore@usdoj.gov |
| Michael Zientz | on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC txed@mwzmlaw.com |
| Paul M Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Stephanie Kunz Serrano | on behalf of Creditor 708 Ventures-01 LLC sserrano@rothberg.law |
| Troy D. Nelson | on behalf of Creditor 11Eleven Rentals LLC troy@ladeblaw.com |
| Troy D. Nelson | on behalf of Creditor Cedar West Texas LLC troy@ladeblaw.com |
| Troy D. Nelson | on behalf of Creditor Forest One LLC troy@ladeblaw.com |
| Troy D. Nelson | on behalf of Creditor BBE Investments LLC troy@ladeblaw.com |
| William Jennings | on behalf of Creditor EF Mortgage LLC wjennings@settlepou.com |

TOTAL: 20