## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MP BUILD GROUP LLC | § | CASE NO: 24-41841 |
| | § | |
| Debtor | § | Chapter 7 |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM STAY AGAINST PROPERTY AS TO 14140 EDGECREST DRIVE, DALLAS, TEXAS 75254

CAME ON for consideration the Motion for Relief from Stay Against Property and Waiver of Thirty Day Hearing Requirement ("Motion") filed by Servis One, Inc. d/b/a BSI Financial Services as mortgage servicer for EF Mortgage LLC, ("Movant"). The Chapter 7 Trustee has filed no opposition to the Motion, no party has filed a response in opposition to the Motion, and that the date to oppose the Motion has passed, it is:

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is terminated as to Movant, its successors in interest and assigns, and the property at 14140 Edgecrest Drive, Dallas, Texas 75243, legally described as:

**Lot 5, in Block C/8041, of Northwood Hills Addition, Third Section, an Addition to the City of Dallas, Dallas County, Texas, according to the Map thereof recorded in Volume 40, Page 149, of the Map Records of Dallas County, Texas.**

(the "Property"). It is further

**ORDERED** that Movant, its successors in interest and assigns, is authorized to pursue its statutory and contractual rights and remedies, including the taking of any action in order to gain possession of, or foreclose upon, or conduct a short sale of, or accept a deed in lieu as to the Property.

**ORDERED** that all communications including notices required by state law, sent by Movant, its successors in interest and assigns, in connection with proceeding against the Property may be sent directly to the Debtor(s). It is further

**ORDERED** that, based on the lack of filed opposition to the Motion, the fourteen-day provision of Rule 4001(a)(3) is waived and Movant, its successors in interest and assigns, may immediately enforce and implement this Order.

Signed on 07/31/2025

_Brenda T. Rhoades_ SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**APPROVED AS TO FORM AND ENTRY REQUESTED**

*/s/William Jennings*
William Jennings
Texas Bar I.D 24127205
*wjennings@settlepou.com*

SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES

| | |
|---|---|
| In re: | Case No. 24-41841-btr |
| MP Build Group LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 31, 2025 | Form ID: pdf400 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MP Build Group LLC, 2591 Dallas Pkwy., Ste. 300, Frisco, TX 75034-8563 |
| aty | + | Tittle Law Firm, PLLC, 1125 Legacy Dr., Ste. 230, Frisco, TX 75034, UNITED STATES 75034-1942 |
| cr | #+ | 11Eleven Rentals LLC, 4518 Collins Ave., Atlanta, GA 30342-4125 |
| crcmmbr | + | Ariel Leslie, 8425 Honeylocust St., Mckinney, TX 75071-3651 |
| cr | + | Avery Property Investments LLC, c/o C. Davis Chapman, P.O. Box 387, Fort Worth, TX 76101-0387 |
| cr | + | BBE Investments, LLC, 2150 Elm Terrace Ln., Prosper, TX 75078-2005 |
| crcmmbr | + | Candida Bell, Forest One, LLC, 12511 Shelby Court, Lake Oswego, OR 97035-1102 |
| cr | + | Cedar West Texas, LLC, 2150 Elm Terrace Ln., Prosper, TX 75078-2005 |
| cr | #+ | Charles & Ariel Leslie, 1731 Pecos Dr., Celina, TX 75009-2196 |
| cr | + | EF Mortgage LLC, SettlePou, c/o William Jennings, 3333 Lee Parkway, 8th Floor Dallas, TX 75219-5111 |
| cr | + | Forest One LLC, 12511 Shelby Ct, Lake Oswego, OR 97035-1102 |
| crcmmbr | + | Frederick Brown, Cedar West Texas, LLC, 2150 Elm Terrace Lane, Prosper, TX 75078-2005 |
| crcmmbr | #+ | Gerrie Dozier, 11Eleven Rentals, LLC, 4518 Collins Ave., Atlanta, GA 30342-4125 |
| cr | + | Lanceton Pettie, c/o C. Davis Chapman, P.O. Box 387, Fort Worth, TX 76101-0387 |
| cr | | MZ Capital Source LLC, 8075 Seabourne Landing Dr., Richmond, TX 77469 |
| cr | + | Michael McMillan, c/o Barry M. Golden, 2911 Turtle Creek Blvd., Ste. 100, Dallas, TX 75219-6241 |
| cr | + | Prime Fench & Lawn Care, LLC, c/o Le Brocq & Homer, PLLC, 2828 E. Trinity Mills Rd., Ste. 221, Carrollton, TX 75006-2365 |
| cr | + | Richardson ISD, Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | #+ | Xavier Maryland, 4610 Seabourne Landing Dr., Richmond, TX 77469-3087 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Jul 31 2025 23:59:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 31 2025 23:59:00 | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 00:02:45 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 31 2025 23:59:00 | Irving ISD, Linebarger, Goggan, Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: joyce@joycelindauer.com | Jul 31 2025 23:59:00 | Li Doris Tan, c/o Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main St., Suite 500, Dallas, TX 75202-4042 |

| | | | |
|---|---|---|---|
| cr | Email/Text: consumerbankruptcy@simmonsbank.com | Jul 31 2025 23:58:00 | Simmons Bank, Attn: Legal, 501 S. Main St., Pine Bluff, AR 71601 |
| cr | ^ MEBN | Jul 31 2025 23:51:36 | Texas Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin, TX 78711-2548 |
| cr | ^ MEBN | Jul 31 2025 23:51:35 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly Walsh, c/o Sherri K. Simpson, Paralegal, PO Box 12548, Austin, TX 78711-2548 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Moser | on behalf of Trustee Christopher Moser cmoser@qslwm.com cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| Christopher Moser | cmoser@qslwm.com cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| Elizabeth Banda Calvo | on behalf of Creditor Richardson ISD ebcalvo@pbfcm.com rgleason@pbfcm.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John Kendrick Turner | on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Joyce W. Lindauer | on behalf of Creditor Li "Doris" Tan joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Kelli Lavas Johnson | on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC kjohnson@mwzmlaw.com txed@mwzmlaw.com |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Marcus Salitore | |

| | |
|---|---|
| | on behalf of U.S. Trustee US Trustee marc.f.salitore@usdoj.gov |
| Michael Zientz | |
| | on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC txed@mwzmlaw.com |
| Paul M Lopez | |
| | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Stephanie Kunz Serrano | |
| | on behalf of Creditor 708 Ventures-01 LLC sserrano@rothberg.law |
| Troy D. Nelson | |
| | on behalf of Creditor 11Eleven Rentals LLC troy@ladeblaw.com |
| Troy D. Nelson | |
| | on behalf of Creditor Cedar West Texas LLC troy@ladeblaw.com |
| Troy D. Nelson | |
| | on behalf of Creditor Forest One LLC troy@ladeblaw.com |
| Troy D. Nelson | |
| | on behalf of Creditor BBE Investments LLC troy@ladeblaw.com |
| William Jennings | |
| | on behalf of Creditor EF Mortgage LLC wjennings@settlepou.com |

TOTAL: 18